In the United States District Court for the District of Maryland

Case No. 8:10-cv-03363(PJM)

Sirus XM Radio Inc SM Satellite Radio Inc

v.

Brenda L Jones, Valencia P Person

## Order

It is hereby ordered that 30 days having passed since the filing of Plea of Nulla Bona of TD Bank, N.A., Garnishee, that judgment be entered in favor of Garnishee and the Writ of garnishment be and hereby is dismissed on this 28 day of Sept, 2011.

_____
Judge

FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 3 0 2011

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEP